UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN E. BETTYS,

    Plaintiff,

v.

WILLIAM REICHARDT, et al.,

    Defendants.

Case No. C17-270 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, plaintiff's objections and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This matter is **DISMISSED without prejudice** and plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **denied as moot.**

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 25th day of April, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1